AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Adam Lang | |

Case No.  2:04-cr-00178-001

USM No. #08186-068

Marketa Sims, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1, 2, 3 & Supplemental__  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant shall not violate any local, state of Federal law. | 12/10/2009 |
| 2 (standard) | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five (5) days of each month. | 12/18/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5070__

Defendant's Year of Birth: __1981__

City and State of Defendant's Residence:
Youngstown, OH

01/29/2010
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Gary L. Lancaster,                     Chief U.S. Judge
Name and Title of Judge

1/29/10
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: Adam Lang
CASE NUMBER: 2:04-cr-00178-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 (standard) | The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer. | 12/18/2009 |
| Supplemental | The defendant shall reside in the community confinement center at Renewal, Inc., for a period not to exceed six (6) months and that he shall observe the rules of that facility. Placement in the community confinement shall commence upon discharge from inpatient substance abuse treatment. | 12/16/2009 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

**DEFENDANT:** Adam Lang
**CASE NUMBER:** 2:04-cr-00178-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

Six (6) months, with no supervision to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

While incarcerated, the defendant shall receive all necessary mediation to address his ongoing psychological issues.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL